# EXHIBIT C

| | |
|---|---|
| STATE OF RHODE ISLAND<br>PROVIDENCE, S.C. | SUPERIOR COURT |

| | |
|---|---|
| MICHAEL JAMES, Chief Executive Officer<br>  PLAINTIFF<br><br>vs.<br><br>NESTOR, INC.<br>  DEFENDANT | C.A. No. 09-3152 |
| MICHAEL JAMES, President<br>  PLAINTIFF<br><br>vs.<br><br>NESTOR TRAFFIC SYSTEMS, INC.<br>  DEFENDANT | C.A. No. 09-3153 |

## ORDER

This matter came on for Hearing on February 15, 2013 (the "Hearing"), on the Receiver's Sixth Interim Report and Request for Fees (the "Sixth Report") by Jonathan N. Savage, Permanent Receiver herein (the "Receiver"), and an Order approving the Report entered immediately following the Hearing. In addition to the terms set forth in said Order, it is hereby further:

### ORDERED, ADJUDGED AND DECREED:

1. The Receiver is authorized to make a second pro-rata, interim distribution to the second-position Convertible Note claimants (as that terms is defined in the Report) in the aggregate amount of approximately $90,000.00, which final amount shall be determined by the Receiver based upon cash-on-hand and reserving a reasonable amount for additional administrative fees and costs necessary to close the Estate;

2. The Receiver is authorized to file an action in the U.S. District Court for the District of Rhode Island against the City of East Cleveland (the "City"), and any other applicable party, in order to collect any amounts due and owing from the City to the Estate; and



SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2013 FEB 25 A 9: 19

3. The Receiver shall advise this Court if the City does not respond or otherwise defend such lawsuit brought by the Receiver and default judgment enters against the City. If the City responds or otherwise defends said lawsuit, the Receiver shall pursue such action accordingly.

ENTERED as an Order of this Court this 25 day of February, 2013.

ENTERED:

_____
Silverstein, J
2/25/20P

BY ORDER:

*Jeanne Rinaldi*
Jeanne Rinaldi, Deputy Clerk
Deputy Clerk, Superior Court
2-25-2013

*Presented by:*

_____
Stephen F. Del Sesto, Esq. (#6336)
James G. Atchison, Esq. (#8397)
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 Telephone
(401) 272-1403 Facsimile
Date: February 21, 2013