UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JONATHAN N. SAVAGE,
        Plaintiff,

v.                                          C.A. No. 13-488 S

CITY OF EAST CLEVELAND,
        Defendants.

## SHOW CAUSE ORDER

On or before **July 7th, 2014**, Plaintiff is hereby ordered to show cause, in writing, why the case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal of the case.

ENTER:

_____
William E. Smith
United States District Judge
Date: 6/4/14