**Nestor Traffic Systems, Inc.**

**ACCOUNTS RECEIVABLE AGED INVOICE REPORT**

*ALL OPEN INVOICES - AGED AS OF: 08/17/09*

DIVISION NO:   00   CrossingGuard

| CUSTOMER/ INV DATE | INVOICE NO | INV DUE | DISC DUE | JOB NUMBER | DISCOUNT AMOUNT | BALANCE | CURRENT | 31 DAYS | 60 DAYS | 90 DAYS | RETENTION | DAYS DELQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CONTACT: | | | PHONE: | | EXT: | CR LMT: | | .00 |
| 10/13/04 | 0100497IN | 11/12 | | | .00 | 7,100.00 | | | | 7,100.00 | | *** |
| 11/11/04 | 0100518IN | 11/11 | | | .00 | 5,935.50 | | | | 5,935.50 | | *** |
| 04/15/05 | 0100610IN | 04/15 | | | .00 | 36,633.75 | | | | 36,633.75 | | *** |
| 06/30/09 | 0102554IN | 07/30 | | | .00 | 122,155.64 | 122,155.64 | | | | | 18 |
| 07/31/09 | 0102589IN | 08/30 | | | .00 | 10,730.92 | 10,730.92 | | | | | |
| 07/31/09 | 0102590IN | 08/30 | | | .00 | 125,526.09 | 125,526.09 | | | | | |
| | CUSTOMER | | TOTALS: | | .00 | 308,081.90 | 258,412.65 | .00 | .00 | 49,669.25 | .00 | |
| | | | | CONTACT: | | | PHONE: | | EXT: | CR LMT: | | .00 |
| 09/30/06 | 0101182IN | 09/30 | | | .00 | 230.00 | | | | 230.00 | | *** |
| 07/31/09 | 0102571IN | 08/30 | | | .00 | 4,085.00 | 4,085.00 | | | | | |
| | CUSTOMER | | TOTALS: | | .00 | 4,315.00 | 4,085.00 | .00 | .00 | 230.00 | .00 | |
| | | | | CONTACT: | | | PHONE: | | EXT: | CR LMT: | | .00 |
| 05/31/09 | 0102522IN | 06/30 | | | .00 | 25,434.84 | | 25,434.84 | | | | 48 |
| 07/31/09 | 0102586IN | 08/30 | | | .00 | 34,568.05 | 34,568.05 | | | | | |
| | CUSTOMER | | TOTALS: | | .00 | 60,002.89 | 34,568.05 | 25,434.84 | .00 | .00 | .00 | |
| | | | | CONTACT: | | | PHONE: | | EXT: | CR LMT: | | .00 |
| 07/31/09 | 0102567IN | 08/30 | | | .00 | 3,120.00 | 3,120.00 | | | | | |
| | CUSTOMER | | TOTALS: | | .00 | 3,120.00 | 3,120.00 | .00 | .00 | .00 | .00 | |
| | | | | CONTACT: | | | PHONE: | | EXT: | CR LMT: | | .00 |
| 07/31/09 | 0102580IN | 08/30 | | | .00 | 23,919.00 | 23,919.00 | | | | | |
| | CUSTOMER | | TOTALS: | | .00 | 23,919.00 | 23,919.00 | .00 | .00 | .00 | .00 | |
| | | | | CONTACT: Accounts Payable | | | PHONE: | | EXT: | CR LMT: | | .00 |
| 02/28/09 | 0102418IN | 03/30 | | | .00 | 25,933.00 | | | | 25,933.00 | | 140 |
| 03/31/09 | 0102459IN | 04/30 | | | .00 | 3,500.00 | | | | 3,500.00 | | 109 |
| 07/31/09 | 0102587IN | 08/30 | | | .00 | 12,530.67 | 12,530.67 | | | | | |
| | CUSTOMER | | TOTALS: | | .00 | 41,963.67 | 12,530.67 | .00 | .00 | 29,433.00 | .00 | |
| | | | | CONTACT: | | | PHONE: | | EXT: | CR LMT: | | .00 |
| 07/31/09 | 0102584IN | 08/30 | | | .00 | 22,728.00 | 22,728.00 | | | | | |
| | CUSTOMER | | TOTALS: | | .00 | 22,728.00 | 22,728.00 | .00 | .00 | .00 | .00 | |
| | | | | CONTACT: | | | PHONE: | | EXT: | CR LMT: | | .00 |
| 07/31/09 | 0102581IN | 08/30 | | | .00 | 4,250.03 | 4,250.03 | | | | | |
| | CUSTOMER | | TOTALS: | | .00 | 4,250.03 | 4,250.03 | .00 | .00 | .00 | .00 | |
| | | | | CONTACT: | | | PHONE: | | EXT: | CR LMT: | | .00 |
| 05/31/07 | 0101523IN | 06/30 | | | .00 | 18.00- | | | | 18.00- | | |
| 06/30/09 | 0102552IN | 07/30 | | | .00 | 166,886.58 | 166,886.58 | | | | | 18 |
| 07/31/09 | 0102572IN | 08/30 | | | .00 | 182,291.52 | 182,291.52 | | | | | |
| | CUSTOMER | | TOTALS: | | .00 | 349,160.10 | 349,178.10 | .00 | .00 | 18.00- | .00 | |
| | | | | CONTACT: | | | PHONE: | | EXT: | CR LMT: | | .00 |
| 07/31/09 | 0102583IN | 08/30 | | | .00 | 4,412.40 | 4,412.40 | | | | | |
| | CUSTOMER | | TOTALS: | | .00 | 4,412.40 | 4,412.40 | .00 | .00 | .00 | .00 | |
| EASTCL | City of East Cleveland | | | CONTACT: | | | PHONE: | | EXT: | CR LMT: | | .00 |
| 10/31/07 | 0101723IN | 10/31 | | | .00 | 323,294.97 | | | | 323,294.97 | | 656 |
| 11/30/07 | 0101755IN | 11/30 | | | .00 | 204,601.50 | | | | 204,601.50 | | 626 |
| 12/31/07 | 0101776IN | 12/31 | | | .00 | 70,309.50 | | | | 70,309.50 | | 595 |
| 05/31/09 | 0102509IN | 05/31 | | | .00 | 39,887.13 | | | 39,887.13 | | | 78 |
| 06/30/09 | 0102535IN | 06/30 | | | .00 | 60,563.50 | | 60,563.50 | | | | 48 |
| 07/31/09 | 0102565IN | 07/31 | | | .00 | 107,369.10 | 107,369.10 | | | | | 17 |
| | CUSTOMER EASTCL | | TOTALS: | | .00 | 806,025.70 | 107,369.10 | 60,563.50 | 39,887.13 | 598,205.97 | .00 | |
| | | | | CONTACT: | | | PHONE: | | EXT: | CR LMT: | | .00 |

System Date: 08/17/2009 / 7:11 pm
Application Date: 08/17/2009

Page: 1
User: BMM / bmm