# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JONATHAN N. SAVAGE,
      Plaintiff


   v.                                                     C.A. No. 13-488 S

CITY OF EAST CLEVELAND,
      Defendant

## JUDGMENT

[   ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED:

    Pursuant to the Text Order granting Plaintiff Jonathan N. Savage's Motion for Default Judgment entered by this Court on October 1st, 2014, judgment hereby enters for the Plaintiff Jonathan N. Savage and against Defendant City of East Cleveland in the amount of $638,093.10.

                                                            Enter:


                                          /s/ Nissheneyra D. Urizandi
                                          Deputy Clerk

Dated: October 1st, 2014